In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Widening of Cypress Avenue on Its Easterly Side, between East 133rd Street and East 134th Street, and for the Widening of Southern Boulevard on Its Easterly Side, between East 134th Street and East 138th Street, in the Borough of the Bronx, City of New York.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL ASTOR v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL ASTOR v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

AMERICAN POWDER COMPANY (a Massachusetts Corporation) v. THE COMMONWEALTH INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

W. WALLACE LYON, THEODORE B. LYON, GERALD CLOKEY and EDMUND W. NAST, Copartners, etc., v. MARCK L. TOOKER, EDWARD M. CAMPBELL, ARTHUR S. FRANDSEN, JOHN V. FRANCHINI, DARTON L. BABCOCK and ALLYN C. DONALDSON, Copartners, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 905.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SAMUEL FRIEDMAN v. BOARD OF EDUCATION OF THE CITY OF NEW YORK and CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 318.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ. [See post, p. ——.]

In the Matter of Proving the Last Will and Testament of DENIS WILLIAM HORGAN, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CONNECTICUT LACE WORKS, INC., v. LUCKEY STYLE DRESS Co., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OUTER COURT, INCORPORATED, OF THE ORDER OF THE LIVING CHRIST v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 814.] Present — Martin, P. J., Glennon, Untermyer and Callahan, JJ.

In the Matter of the Application of 320 WEST 37TH STREET, INC., to Review a Determination of JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 913.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.